JACOB RINGLE et al., Respondents, *v.* THE WALLIS IRON WORKS, Appellant, and THE TERMINAL WAREHOUSE COMPANY.

*Ringle* v. *Wallis Iron Works,* 85 Hun, 279, affirmed.
(Argued March 8, 1898; decided March 22, 1898.)

APPEAL from an order and judgment of the late General Term of the Supreme Court in the first judicial department, entered respectively March 23 and 27, 1895, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*William G. Wilson* for appellant.

*E. L. Collier* and *Thomas C. Ennever* for respondents.

Order and judgment affirmed, with costs, on opinion below. All concur, except PARKER, Ch. J., not sitting.

---

THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF THE CHURCH OF THE HOLY APOSTLES IN THE CITY OF NEW YORK, Respondents, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

155 b 675
s 156 672

Reported below, 21 App. Div. 47.
(Submitted March 21, 1898; decided March 25, 1898.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 5, 1897, reversing a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on the merits on trial at Special Term, and granting a new trial.

The motion was made upon the grounds that the order is not appealable under section 190 of the Code of Civil Procedure, and that appellants have not made the stipulation required by subdivision 1 of that section.

*James B. Ludlow* for motion.

*Charles A. Gardiner* opposed.

Motion denied, with ten dollars costs.